UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: RACELIS, ROBERTO C § Case No. 09-14696
RACELIS, HAZEL H §
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $803,266.00 | Assets Exempt: $56,365.00 |
| Total Distribution to Claimants: $23,184.87 | Claims Discharged Without Payment: $247,348.67 |
| Total Expenses of Administration: $3,713.18 | |

3) Total gross receipts of $ 29,238.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,340.00 (see **Exhibit 2**), yielded net receipts of $26,898.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $795,650.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,773.18 | 3,713.18 | 3,713.18 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 290,124.00 | 159,266.54 | 159,266.54 | 23,184.87 |
| **TOTAL DISBURSEMENTS** | $1,085,774.00 | $163,039.72 | $162,979.72 | $26,898.05 |

4) This case was originally filed under Chapter 7 on April 24, 2009.
. The case was pending for 6 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2009           By: /s/RICHARD M. FOGEL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Other liquidated debts owing debtor- tax refund | 1129-000 | 4,995.00 |
| Autos, trucks, trailers, other vehicles, access. | 1129-000 | 6,840.00 |
| Autos, trucks, trailers, other vehicles, access. | 1129-000 | 3,400.00 |
| Avoidance action- Citibank | 1241-000 | 14,000.00 |
| Interest Income | 1270-000 | 3.05 |
| **TOTAL GROSS RECEIPTS** | | **$29,238.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BENJAMIN URQUHART | Refund auction deposit | 8500-002 | 0.00 |
| MICHAEL J. HERR | Refund auction deposit | 8500-002 | 600.00 |
| MACHINE TOOLS OF AMERICA | Refund auction deposit | 8500-002 | 600.00 |
| MICHAEL MELOCHE | Refund auction deposit | 8500-002 | 600.00 |
| BENJAMIN URQUHART | Refund auction deposit-Replace #101 | 8500-002 | 540.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,340.00** |

UST Form 101-7-TDR (9/1/2009)

**EXHIBIT 3 –SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase N.A. | 4110-000 | 102,076.00 | N/A | N/A | 0.00 |
| Countrywide Mortgage | 4110-000 | 209,880.00 | N/A | N/A | 0.00 |
| National City Mortgage | 4110-000 | 483,694.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| TOTAL SECURED CLAIMS | | $795,650.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 3,439.65 | 3,379.65 | 3,379.65 |
| RICHARD M. FOGEL | 2200-000 | N/A | 51.03 | 51.03 | 51.03 |
| ROMAY CORP. | 2500-000 | N/A | 282.50 | 282.50 | 282.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,773.18 | 3,713.18 | 3,713.18 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | 7,265.00 | 7,265.33 | 7,265.33 | 1,057.64 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 33,036.00 | 13,099.95 | 13,099.95 | 1,907.00 |
| American Express Bank FSB | 7100-000 | 6,637.00 | 6,974.03 | 6,974.03 | 1,015.23 |
| American Express Bank FSB | 7100-000 | 18,159.00 | 17,951.12 | 17,951.12 | 2,613.19 |
| CHASE BANK USA | 7100-000 | 4,996.00 | 4,996.13 | 4,996.13 | 727.30 |
| CHASE BANK USA | 7100-000 | 5,822.00 | 5,997.53 | 5,997.53 | 873.08 |
| CHASE BANK USA | 7100-000 | 13,072.00 | 13,111.61 | 13,111.61 | 1,908.69 |
| CHASE BANK USA | 7100-000 | 11,025.00 | 11,025.00 | 11,025.00 | 1,604.94 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 70,904.00 | 70,904.02 | 70,904.02 | 10,321.69 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 7,941.00 | 7,941.82 | 7,941.82 | 1,156.11 |
| Chase | 7100-000 | 7,672.00 | N/A | N/A | 0.00 |
| Chase Cardmember Services | 7100-000 | 25,936.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 3,362.00 | N/A | N/A | 0.00 |
| Macys/fdsb Macy's Bankruptcy | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| Nordstrom FSB | 7100-000 | 4,126.00 | N/A | N/A | 0.00 |
| Citibank Usa | 7100-000 | 313.00 | N/A | N/A | 0.00 |
| Hsbc/carsn | 7100-000 | 573.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 1,018.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Chase | 7100-000 | 15,933.00 | N/A | N/A | 0.00 |
| (blank name) | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 15,978.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 36,234.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 290,124.00 | 159,266.54 | 159,266.54 | 23,184.87 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-14696
**Case Name:** RACELIS, ROBERTO C
RACELIS, HAZEL H
**Period Ending:** 11/11/09

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 04/24/09 (f)
**§341(a) Meeting Date:** 06/11/09
**Claims Bar Date:** 07/28/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 825 Winfal Drive, Schaumburg, Illinois 60173 | 559,548.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | 1404 Broadlawn, Plainfield, Illinois 60586 | 207,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Timeshare in Maui | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Financial accounts, financial institution shares | 165.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Financial accounts, financial institution shares | 2,625.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Financial accounts, financial institution shares | 3,300.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Financial accounts, financial institution shares | 900.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Financial accounts, financial institution shares | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Household goods and furnishings | 1,000.00 | 1,000.00 | DA | 0.00 | 0.00 |
| 10 | Wearing apparel | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | IRA, ERISA, Keogh, pension, profit sharing plan | 5,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | IRA, ERISA, Keogh, pension, profit sharing plan | 5,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | Stock and interests in businesses | 78.00 | 0.00 | DA | 0.00 | 0.00 |
| 14 | Other liquidated debts owing debtor- tax refund (See Footnote) | 9,170.00 | 4,995.00 | | 4,995.00 | FA |
| 15 | Autos, trucks, trailers, other vehicles, access. (See Footnote) | 5,825.00 | 94.00 | DA | 0.00 | FA |
| 16 | Autos, trucks, trailers, other vehicles, access. (See Footnote) | 11,425.00 | 1,700.00 | DA | 0.00 | FA |
| 17 | Autos, trucks, trailers, other vehicles, access. (See Footnote) | 6,000.00 | 6,000.00 | | 6,840.00 | FA |
| 18 | Autos, trucks, trailers, other vehicles, access. (See Footnote) | 6,000.00 | 4,500.00 | | 3,400.00 | FA |
| 19 | Avoidance action- Citibank (u) (See Footnote) | 0.00 | 14,000.00 | | 14,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.05 | FA |
| 20 | Assets Totals (Excluding unknown values) | $824,436.00 | $32,289.00 | | $29,238.05 | $0.00 |

RE PROP# 14   Tax refund
RE PROP# 15   1998 Mercedes ML320- needs major repairs
RE PROP# 16   2004 Audi Quattro- needs significant repairs
RE PROP# 17   Sale approved per o/c 6-23-09

Printed: 11/11/2009 11:17 AM   V.11.53

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 09-14696 | | Trustee: | (330720) RICHARD M. FOGEL |
|---|---|---|---|---|
| Case Name: | RACELIS, ROBERTO C | | Filed (f) or Converted (c): | 04/24/09 (f) |
| | RACELIS, HAZEL H | | §341(a) Meeting Date: | 06/11/09 |
| Period Ending: | 11/11/09 | | Claims Bar Date: | 07/28/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

RE PROP# 18   Sale approved per o/c 6-23-09
RE PROP# 19   Settlement approved per o/c 7-28-09

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2010       **Current Projected Date Of Final Report (TFR):**   September 10, 2009 (Actual)

Printed: 11/11/2009 11:17 AM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-14696 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | RACELIS, ROBERTO C | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RACELIS, HAZEL H | | Account: | \*\*\*-\*\*\*\*\*15-65 - Money Market Account |
| Taxpayer ID #: | 54-6843937 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/11/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/28/09 | {17} | BENJAMIN J. URQUHART | Earnest money deposit for motorcycles | 1180-002 | 540.00 | | 540.00 |
| 06/12/09 | {17} | MICHAEL HERR | Deposit for auction sale | 1180-002 | 600.00 | | 1,140.00 |
| 06/16/09 | {17} | MACHINE TOOLS OF AMERICA | Deposit for auction sale | 1180-002 | 600.00 | | 1,740.00 |
| 06/18/09 | {17} | MICHAEL MELOCHE (SHAW GUSSIS) | Deposit for auction (funds were wired to SG client trust account) | 1180-000 | 600.00 | | 2,340.00 |
| 06/18/09 | {17} | RUFER DE LEON (ROBERTO RACELIS) | Deposit for auction | 1180-000 | 600.00 | | 2,940.00 |
| 06/18/09 | {14} | ROBERTO & HAZEL RACELIS | Non-exempt portion of 2008 tax refund | 1129-000 | 4,995.00 | | 7,935.00 |
| 06/18/09 | | MICHAEL MELOCHE (SHAW GUSSIS) | | 1180-000 | -600.00 | | 7,335.00 |
| 06/18/09 | | RUFER DE LEON (ROBERTO RACELIS) | | 1180-000 | -600.00 | | 6,735.00 |
| 06/19/09 | | To Account #\*\*\*\*\*\*\*\*1566 | Transfer funds to refund bid deposits | 9999-000 | | 2,340.00 | 4,395.00 |
| 06/24/09 | | RUFER DE LEON | Balance due for motorcycles | | 7,300.00 | | 11,695.00 |
| | {17} | | Sale of personal property    3,900.00 | 1129-000 | | | 11,695.00 |
| | {18} | | Sale of personal property    3,400.00 | 1129-000 | | | 11,695.00 |
| 06/24/09 | | RUFER DE LEON (ROBERTO RACELIS) | | 1180-000 | 600.00 | | 12,295.00 |
| 06/24/09 | | MICHAEL MELOCHE (SHAW GUSSIS) | | 1180-000 | 600.00 | | 12,895.00 |
| 06/24/09 | {17} | MICHAEL MELOCHE (SHAW GUSSIS) | Reversed Deposit 100004 1 Deposit for auction- check not received by bank | 1180-000 | -600.00 | | 12,295.00 |
| 06/24/09 | {17} | RUFER DE LEON (ROBERTO RACELIS) | Reversed Deposit 100005 1 Deposit for auction- check not received by bank | 1180-000 | -600.00 | | 11,695.00 |
| 06/25/09 | {17} | MICHAEL MELOCHE (SHAW GUSSIS) | Deposit for auction (funds wired to SG/replaces 6-17-09) | 1129-002 | 600.00 | | 12,295.00 |
| 06/30/09 | {17} | ROBERTO RACELIS | Replace missing bid deposit check | 1129-000 | 600.00 | | 12,895.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 12,895.12 |
| 07/14/09 | | To Account #\*\*\*\*\*\*\*\*1566 | Account Transfer | 9999-000 | | 282.50 | 12,612.62 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 12,613.15 |
| 08/11/09 | {19} | CITIBANK (SOUTH DAKOTA) | Preference settlement per o/c 8-6-09 | 1241-000 | 14,000.00 | | 26,613.15 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 26,614.04 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 26,615.12 |
| 10/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.43 | | 26,615.55 |
| 10/13/09 | | To Account #\*\*\*\*\*\*\*\*1566 | Close account and transfer for final distributions | 9999-000 | | 26,615.55 | 0.00 |

Subtotals:       $29,238.05       $29,238.05

{} Asset reference(s)

Printed: 11/11/2009 11:17 AM    V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-14696 | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- |
| Case Name: | RACELIS, ROBERTO C | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RACELIS, HAZEL H | Account: | ***-*****15-65 - Money Market Account |
| Taxpayer ID #: | 54-6843937 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/11/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 29,238.05 | 29,238.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 29,238.05 | |
| | | | **Subtotal** | | **29,238.05** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$29,238.05** | **$0.00** | |

{} Asset reference(s)

Printed: 11/11/2009 11:17 AM V.11.53

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-14696 | | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|---|
| Case Name: | RACELIS, ROBERTO C | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RACELIS, HAZEL H | | | Account: | ***-*****15-66 - Checking Account |
| Taxpayer ID #: | 54-6843937 | | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/11/09 | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/19/09 | | From Account #*********1565 | Transfer funds to refund bid deposits | 9999-000 | 2,340.00 | | 2,340.00 |
| 06/22/09 | 101 | BENJAMIN URQUHART | Refund auction deposit Stopped on 07/22/09 | 8500-002 | | 540.00 | 1,800.00 |
| 06/22/09 | 102 | MICHAEL J. HERR | Refund auction deposit | 8500-002 | | 600.00 | 1,200.00 |
| 06/22/09 | 103 | MACHINE TOOLS OF AMERICA | Refund auction deposit | 8500-002 | | 600.00 | 600.00 |
| 06/22/09 | 104 | MICHAEL MELOCHE | Refund auction deposit | 8500-002 | | 600.00 | 0.00 |
| 07/14/09 | | From Account #*********1565 | Account Transfer | 9999-000 | 282.50 | | 282.50 |
| 07/15/09 | 105 | ROMAY CORP. | Court reporter- 6-19-09 auction sale | 2500-000 | | 282.50 | 0.00 |
| 07/22/09 | 101 | BENJAMIN URQUHART | Refund auction deposit Stopped: check issued on 06/22/09 | 8500-002 | | -540.00 | 540.00 |
| 07/24/09 | 106 | BENJAMIN URQUHART | Refund auction deposit-Replace #101 | 8500-002 | | 540.00 | 0.00 |
| 10/13/09 | | From Account #*********1565 | Close account and transfer for final distributions | 9999-000 | 26,615.55 | | 26,615.55 |
| 10/14/09 | 107 | DISCOVER BANK | First and final dividend (14.5572%) on allowed Chapter 7 claim(s) | 7100-000 | | 1,057.64 | 25,557.91 |
| 10/14/09 | 108 | PYOD LLC its successors and assigns as assignee of | First and final dividend (14.5572%) on allowed Chapter 7 claim(s) | 7100-000 | | 1,907.00 | 23,650.91 |
| 10/14/09 | 109 | American Express Bank FSB | First and final dividend (14.5572%) on allowed Chapter 7 claim(s) | 7100-000 | | 1,015.23 | 22,635.68 |
| 10/14/09 | 110 | American Express Bank FSB | First and final dividend (14.5572%) on allowed Chapter 7 claim(s) | 7100-000 | | 2,613.19 | 20,022.49 |
| 10/14/09 | 111 | CHASE BANK USA | First and final dividend (14.5572%) on allowed Chapter 7 claim(s) | 7100-000 | | 727.30 | 19,295.19 |
| 10/14/09 | 112 | CHASE BANK USA | First and final dividend (14.5572%) on allowed Chapter 7 claim(s) | 7100-000 | | 873.08 | 18,422.11 |
| 10/14/09 | 113 | CHASE BANK USA | First and final dividend (14.5572%) on allowed Chapter 7 claim(s) | 7100-000 | | 1,908.69 | 16,513.42 |
| 10/14/09 | 114 | CHASE BANK USA | First and final dividend (14.5572%) on allowed Chapter 7 claim(s) | 7100-000 | | 1,604.94 | 14,908.48 |
| 10/14/09 | 115 | FIA CARD SERVICES, NA/BANK OF AMERICA | First and final dividend (14.5572%) on allowed Chapter 7 claim(s) | 7100-000 | | 10,321.69 | 4,586.79 |
| 10/14/09 | 116 | FIA CARD SERVICES, NA/BANK OF AMERICA | First and final dividend (14.5572%) on allowed Chapter 7 claim(s) | 7100-000 | | 1,156.11 | 3,430.68 |
| 10/14/09 | 117 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,430.68 | 0.00 |
| | | | Dividend paid 100.00%    3,379.65 on $3,379.65;  Claim# A; Filed: $3,439.65 | 2100-000 | | | 0.00 |

Subtotals :        $29,238.05        $29,238.05

{} Asset reference(s)

Printed: 11/11/2009 11:17 AM    V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-14696 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | RACELIS, ROBERTO C | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RACELIS, HAZEL H | | Account: | ***-*****15-66 - Checking Account |
| Taxpayer ID #: | 54-6843937 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/11/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%       51.03<br>on $51.03;  Claim# B;<br>Filed: $51.03 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 29,238.05 | 29,238.05 | $0.00 |
| | | | Less: Bank Transfers | | 29,238.05 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **29,238.05** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$29,238.05** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****15-65 | 29,238.05 | 0.00 | 0.00 |
| Checking # ***-*****15-66 | 0.00 | 29,238.05 | 0.00 |
| | $29,238.05 | $29,238.05 | $0.00 |

{} Asset reference(s)

Printed: 11/11/2009 11:17 AM    V.11.53